RECEIVED
IN ALEXANDRIA, LA.

JUL 1 7 2013

TONY R. MOORE, CLERK
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL HARRIS                          DOCKET NO. 12-CV-1879; SEC. P

VERSUS                                  JUDGE JAMES T. TRIMBLE, JR.

LYNN COOPER, ET AL.                     MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this _17th_ day of ___July___, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT